UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | 5:26-cv-03247-SSS-ACCVx | Date | September 10, 2026 |
| Title | *Induction Innovations, Inc. v. Sarge Holdings Co., LLC* | | |

| | |
|---|---|
| Present: The Honorable | SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE |

| | |
|---|---|
| Irene Vazquez | Not Reported |
| Deputy Clerk | Court Reporter |
| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
| None Present | None Present |

**Proceedings: (IN CHAMBERS) ORDER DENYING MOTION TO DISMISS FILED BY VEVOR STORE LLC AND VEVOR TECHNOLOGY LLC [DKT. NO. 24]**

Before the Court is Defendants Vevor Store LLC and Vevor Technology LLC's ("Defendants") Motion to Dismiss. [Dkt. No. 24, "Motion"]. For the reasons set forth below, Defendant's Motion is **DENIED**.

Local Rule 7-3 demands that "counsel contemplating the filing of any motion must first contact opposing counsel to discuss thoroughly, preferably in person, the substance of the contemplated motion and any potential resolution." C.D. Cal. R. 7-3. The conference must occur at least 7 days before the filing of the motion. *Id.* If the parties cannot reach a resolution, counsel for the moving party must include a statement in the notice of motion articulating that the parties met and conferred on a certain date. *Id.* Further, the Court's Civil Standing Order requires that statement to include "(1) the names of the counselor's present at the conference, (2) when the conference was held, (3) how long the conference lasted, (4) the manner in which the conference was held, (5) what issues were discussed, and (6) what issues the parties were unable to resolve." [Dkt. No. 15 at 12].

As Plaintiff Induction Innovation, Inc. ("Plaintiff") correctly pointed out in its Opposition filing [Dkt. No. 25], Defendants Vevor Store LLC and Vevor Technology LLC failed to comply with the meet-and-confer requirements under Local Rule 7-3 and the Civil Standing Order. Defendants admit to not conferring with Plaintiff's Counsel before filing this Motion within their Reply. [Dkt. No. 26, at 2–3]. Because of Defendants' failure to comply with the meet-and-confer requirements, the Court declines to consider this Motion.

Accordingly, the Motion is **DENIED**.[1] The Motion hearing set on September 18, 2026, at 2:00 p.m. is **VACATED**.

**IT IS SO ORDERED.**

---

[1] The Court reminds the parties of the importance of adhering to the requirements of the Local Rules and the Civil Standing Order. The Court will not grant any subsequent motion if the parties fail to satisfy the meet and confer requirements.